UNITED STATES DISTRICT COURT
for the
**SOUTHERN DISTRICT OF NEW YORK**

NICK ORAM, *on behalf of himself and on behalf of all other similarly situated persons,*

                            Plaintiffs,           Case No. 13-CV-2976

-against-

SOULCYCLE, LLC, SOULCYCLE HOLDINGS LLC,
SOULCYCLE 384 LAFAYETTE STREET, LLC
SOULCYCLE 350 AMSTERDAM, LLC,
SOULCYCLE 609 GREENWICH STREET, LLC,
SOULCYCLE BRIDGEHAMPTON, LLC,
SOULCYCLE EAST 18TH STREET, LLC,
SOULCYCLE EAST 63RD STREET, LLC,
SOULCYCLE EAST HAMPTON, LLC,
SOULCYCLE ROSLYN, LLC, SOULCYCLE
SCARSDALE LLC, SOULCYCLE TRIBECA, LLC,
SOULCYCLE WEST 19TH STREET, LLC,
SOULCYCLE BRENTWOOD, LLC,
SOULCYCLE SANTA MONICA, LLC and
SOULCYCLE WEST HOLLYWOOD, LLC,

                            Defendants.

**APPEARANCE OF COUNSEL**

To:    The Clerk of the court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Defendants, SOULCYCLE, LLC, SOULCYCLE HOLDINGS LLC, SOULCYCLE 384 LAFAYETTE STREET, LLC SOULCYCLE 350 AMSTERDAM, LLC, SOULCYCLE 609 GREENWICH STREET, LLC, SOULCYCLE BRIDGEHAMPTON, LLC, SOULCYCLE EAST 18TH STREET, LLC, SOULCYCLE EAST 63RD STREET, LLC, SOULCYCLE EAST HAMPTON, LLC, SOULCYCLE ROSLYN, LLC, SOULCYCLE SCARSDALE LLC, SOULCYCLE TRIBECA, LLC, SOULCYCLE WEST 19TH STREET, LLC, SOULCYCLE BRENTWOOD, LLC, SOULCYCLE SANTA MONICA, LLC and SOULCYCLE WEST HOLLYWOOD, LLC,

Date:  May 17, 2013

                                             s/ Joanna S. Smith
                                           Attorney's Signature

                                           Joanna S. Smith   JS6471
                                           Printed name and bar number

                                           JACKSON LEWIS LLP
                                           666 Third Avenue
                                           New York, NY 10017
                                                  Address

                                           joanna.smith@jacksonlewis.com
                                              E-Mail Address

<u>(212) 545-4000</u>
Telephone number

<u>(212) 972-3213</u>
FAX number