JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
666 Third Avenue
New York, New York 10017-4030

ATTORNEYS OF RECORD:
    WILLIAM J. ANTHONY (WA 2468)
    SAMANTHA ABEYSEKERA (SA 8198)
    JOANNA S. SMITH (JS 6471)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

NICK ORAM, on behalf of himself and on behalf of all other similarly situated persons,

                Plaintiff,

        -against-

SOULCYCLE LLC, SOULCYCLE HOLDINGS LLC, SOULCYCLE 384 LAFAYETTE STREET, LLC, SOULCYCLE 350 AMSTERDAM, LLC, SOULCYCLE 609 GREENWICH STREET, LLC, SOULCYCLE BRIDGEHAMPTON, LLC, SOULCYCLE EAST 18TH STREET, LLC, SOULCYCLE EAST 63RD STREET, LLC, SOULCYCLE EAST HAMPTON, LLC, SOULCYCLE ROSLYN LLC, SOULCYCLE SCARSDALE LLC, SOULCYCLE TRIBECA, LLC, SOULCYCLE WEST 19TH STREET, LLC, SOULCYCLE BRENTWOOD, LLC, SOULCYCLE SANTA MONICA, LLC, and SOULCYCLE WEST HOLLYWOOD, LLC,

                Defendants.

-------------------------------------------------------------------X

Civ. No.: 13 CV 2976 (RWS)

**DEFENDANTS' RULE 7.1**
**DISCLOSURE STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, Defendants SoulCycle LLC, SoulCycle Holdings, LLC, SoulCycle 384 Lafayette Street, LLC,

1

SoulCycle 350 Amsterdam, LLC, SoulCycle 609 Greenwich Street, LLC, SoulCycle Bridgehampton, LLC, SoulCycle East 18th Street, LLC, SoulCycle East 63rd Street, LLC, SoulCycle East Hampton, LLC, SoulCycle Roslyn, LLC, SoulCycle Scarsdale, LLC, SoulCycle Tribeca, LLC, SoulCycle West 19th Street, LLC, SoulCycle Brentwood, LLC, SoulCycle Santa Monica, LLC, and SoulCycle West Hollywood, LLC (collectively hereinafter "Defendants"), by and through their undersigned attorneys, hereby certify that none of the Defendants are publicly traded corporations. Additionally, no publicly held parent corporation owns a 10% or more interest in any of the Defendants.

                                        Respectfully submitted,

                                        JACKSON LEWIS LLP
                                            666 Third Avenue
                                            New York, New York 10017
                                            Tel.: (212) 545-4000
                                            Fax: (212) 972-3213

Dated: June 11, 2013                By:      /S/William J. Anthony
      New York, New York          William J. Anthony (WA 2468)
                                            Samantha Abeysekera (SA 8198)
                                            Joanna S. Smith (JS 6471)

                                            *ATTORNEYS FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June 2013, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

>Douglas Wigdor, Esq.
>David E. Gottlieb, Esq.
>THOMPSON WIGDOR LLP
>*ATTORNEYS FOR PLAINTIFF*
>85 Fifth Avenue
>New York, New York 10003


>   S/ Joanna S. Smith
>Joanna S. Smith, Esq.

4826-9927-4004, v. 1