JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
666 Third Avenue
New York, New York 10017-4030

ATTORNEYS OF RECORD:
    WILLIAM J. ANTHONY (WA 2468)
    SAMANTHA ABEYSEKERA (SA 8198)
    JOANNA S. SMITH (JS 6471)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

NICK ORAM, on behalf of himself and on behalf of all other similarly situated persons,

                Plaintiff,

        -against-

SOULCYCLE LLC, SOULCYCLE HOLDINGS LLC, SOULCYCLE 384 LAFAYETTE STREET, LLC, SOULCYCLE 350 AMSTERDAM, LLC, SOULCYCLE 609 GREENWICH STREET, LLC, SOULCYCLE BRIDGEHAMPTON, LLC, SOULCYCLE EAST 18TH STREET, LLC, SOULCYCLE EAST 63RD STREET, LLC, SOULCYCLE EAST HAMPTON, LLC, SOULCYCLE ROSLYN LLC, SOULCYCLE SCARSDALE LLC, SOULCYCLE TRIBECA, LLC, SOULCYCLE WEST 19TH STREET, LLC, SOULCYCLE BRENTWOOD, LLC, SOULCYCLE SANTA MONICA, LLC, and SOULCYCLE WEST HOLLYWOOD, LLC,

                Defendants.

-------------------------------------------------------------------X

Civ. No.: 13 CV 2976 (RWS)

**NOTICE OF DEFENDANTS' MOTION TO SEVER PLAINTIFF'S CALIFORNIA CLAIMS AND PARTIES PURSUANT TO FED. R. CIV. P. 21 AND TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(6)**

To:    Douglas Wigdor, Esq.
        David E. Gottlieb, Esq.
        THOMPSON WIGDOR LLP
        *Attorneys for Plaintiff*
        85 Fifth Avenue
        New York, New York 10003

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration of William J. Anthony, Esq., with attached exhibits, and Affidavit of Kevin Morris, with attached exhibits, the undersigned will move this Court before the Honorable Robert W. Sweet, U.S.D.J. at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, located at 500 Pearl Street, New York, New York 10007-1312, on the 17th day of July, 2013 at 12:00 PM, for an Order (1) severing and dismissing Plaintiff's California Claims and the California Parties; (2) dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6); and (3) for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

JACKSON LEWIS LLP
666 Third Avenue
New York, New York 10017
Tel.: (212) 545-4000
Fax: (212) 972-3213

Dated: June 11, 2013
New York, New York

By: _____/S/_ William J. Anthony_____
William J. Anthony (WA 2468)
Samantha Abeysekera (SA 8198)
Joanna S. Smith (JS 6471)

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 11th day of June 2013, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

    Douglas Wigdor, Esq.
    David E. Gottlieb, Esq.
    THOMPSON WIGDOR LLP
    *ATTORNEYS FOR PLAINTIFF*
    85 Fifth Avenue
    New York, New York 10003


    ___S/ Joanna S. Smith_____
    Joanna S. Smith, Esq.

4830-0630-6324, v.  2