UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICK ORAM, *on behalf of himself and on behalf of all other similarly situated persons*,

    Plaintiff,

-against-

SOULCYCLE, LLC, SOULCYCLE HOLDINGS LLC,
SOULCYCLE 384 LAFAYETTE STREET, LLC
SOULCYCLE 350 AMSTERDAM, LLC,
SOULCYCLE 609 GREENWICH STREET, LLC,
SOULCYCLE BRIDGEHAMPTON, LLC,
SOULCYCLE EAST 18TH STREET, LLC,
SOULCYCLE EAST 63RD STREET, LLC,
SOULCYCLE EAST HAMPTON, LLC,
SOULCYCLE ROSLYN, LLC, SOULCYCLE
SCARSDALE LLC, SOULCYCLE TRIBECA, LLC,
SOULCYCLE WEST 19 TH STREET, LLC,
SOUL CYCLE BRENTWOOD, LLC,
SOULCYCLE SANTA MONICA, LLC and
SOULCYCLE WEST HOLLYWOOD, LLC,

    Defendants.

Index No. Case No. 13-CV-2976



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/13

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel for all referenced above Defendants, will move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order: (1) permitting the withdrawal of the appearance on behalf of the Represented Defendants of Samantha Abeysekera effective immediately; and (2) directing the Clerk of the Court to remove Samantha Abeysekera of Jackson Lewis LLP from the ECF/CM service list in this matter.

                                                  Respectfully submitted,

                    JACKSON LEWIS LLP
                        666 Third Avenue
                        New York, New York 10017
                        (212)545-4000

                By: _s/Samantha Abeysekera_____
                      Samantha Abeysekera, Esq.

                ATTORNEY FOR DEFENDANTS

Dated: July 3, 2013

                It is SO ORDERED this
                ___ day of _____ 2013

                _____
                Sweet USDJ